[Nos. 10366–8–III; 10367–6–III. Division Three. January 24, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN FELTON LOMACK, *Appellant.*

Appeals from judgments of the Superior Court for Grant County, Nos. 89–1–00015–9, 89–1–00258–7, Evan E. Sperline, J., entered September 28 and 30, 1989. *Affirmed*

by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.